O

# United States District Court
# Central District of California

| | |
|---|---|
| JONATHAN CHRISTIAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER BRETT RUTKOWSKI;<br>OFFICER JAMES MOON; OFFICER<br>ADANIZ COOK; CITY OF LOS<br>ANGELES; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case № 2:14-cv-08924-ODW (MRWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS MOON AND COOK WITH PREJUDICE [64]** |

On September 22, 2015, this Court dismissed Plaintiff's claims against Defendants Officer James Moon and Officer Adaniz Cook <u>without prejudice</u> pursuant to the parties' stipulation.  (ECF No. 58.)   Now, having read and considered the parties' Stipulation to Dismiss with Prejudice Defendants Moon and Cook (ECF No. 64), the Court **ORDERS** as follows:

    1.    Defendants Officer James Moon and Officer Adaniz Cook are hereby dismissed from this action <u>with prejudice</u>.

**IT IS SO ORDERED.**

October 16, 2015

    _____
          **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**