# United States District Court
# Central District of California

| | |
|---|---|
| JONATHAN CHRISTIAN, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER BRETT RUTKOWSKI, *et al.* <br><br> Defendants. | Case No. 2:14-cv-8924-ODW (MRWx) <br><br> **ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the parties' settlement (ECF No. 68), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than February 10, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 10, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**