# United States District Court
# Central District of California

| | |
|---|---|
| JONATHAN CHRISTIAN,<br><br>            Plaintiff,<br><br>     v.<br><br>OFFICER BRETT RUTKOWSKI, *et al.*<br><br>            Defendants. | Case No. 2:14-cv-8924-ODW (MRWx)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Based on Plaintiff's recent status report (ECF No. 72), the Court hereby continues the **ORDER TO SHOW CAUSE** to **March 31, 2016**. On or before that date, the parties must show cause, in writing, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 8, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**